# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

VICTOR SEAN BOTTORFF,
ADC #162543                                                              PLAINTIFF

v.                          No: 4:21-cv-732-DPM

JORGE DOMINICS, Chief
Executive Officer, Wellpath LLC, *et al.*                                DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Bottorff hasn't paid the filing and administrative fees of filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 3.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 September 2021