# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

VICTOR SEAN BOTTORFF,
ADC #162543                                                                      PLAINTIFF

v.                              No: 4:21-cv-732-DPM

JORGE DOMINICS, Chief
Executive Officer, Wellpath LLC, *et al.*                              DEFENDANTS

## JUDGMENT

Bottorff's complaint is dismissed without prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

21 September 2021